AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RAY, RAYMOND B. | U.S. BANKRUPTCY COURT | 04/20/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

299 EAST BROWARD BOULEVARD, ROOM 306
FORT LAUDERDALE, FLORIDA 33301

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| RAY, RAYMOND B. | 04/20/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2017 | (S) RETIREMENT INCOME - NORTH BROWARD HOSPITAL DISTRICT |
| 2. | 2017 | (S) SELF-EMPLOYED MEDIATOR |
| 3. | 2017 | (S) BROWARD COLLEGE OF NURSING - INSTRUCTOR |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | BANKRUPTCY BAR ASSOCIATION | 05/11/2017 to 05/14/2017 | BONITA SPRINGS, FL | ANNUAL BANKRUPTCY RETREAT | Food, Lodging, and Conference Registration |
| 2. | BANKRUPTCY SOUTHERN DISTRICT FL JUDGES' RETREAT | 3/30/2017 TO 04/01/2017 | ISLAMORADA, FL | JUDGES' RETREAT | Food, Lodging, Mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAY, RAYMOND B.** | 04/20/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAY, RAYMOND B. | 04/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BBT | A | Interest | J | T | | | | | |
| 2. BBT | A | Interest | J | T | | | | | |
| 3. BBT # | A | Interest | J | T | | | | | |
| 4. ML | | | L | T | | | | | |
| 5. ALPHABET CL-A | A | Int./Div. | J | T | | | | | |
| 6. ALPHABET CL-C | A | Int./Div. | J | T | | | | | |
| 7. CISCO/CSCO | A | Int./Div. | J | T | | | | | |
| 8. COCA COLA | A | Int./Div. | J | T | | | | | |
| 9. GOOGLE | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 10. HOME DEPOT-HD | A | Int./Div. | J | T | | | | | |
| 11. INTEL CORP. | A | Int./Div. | J | T | | | | | |
| 12. PEPSICO | A | Int./Div. | J | T | | | | | |
| 13. PROCTOR & GAMBLE | A | Int./Div. | J | T | | | | | |
| 14. EWC | A | Int./Div. | J | T | | | | | |
| 15. EWU | A | Int./Div. | J | T | | | | | |
| 16. EPP | A | Int./Div. | J | T | | | | | |
| 17. IEF | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAY, RAYMOND B. | 04/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IVW | A | Int./Div. | J | T | | | | | |
| 19. EZU | A | Int./Div. | J | T | | | | | |
| 20. JKK | A | Int./Div. | J | T | | | | | |
| 21. IJK | A | Int./Div. | | | Sold | 10/24/17 | J | A | |
| 22. VTV | A | Int./Div. | | | Sold | 10/24/17 | J | A | |
| 23. UK-ETF | A | Int./Div. | J | T | | | | | |
| 24. CANADA ETF | A | Int./Div. | J | T | | | | | |
| 25. PACIFIC EX JAPAN/EPP | A | Int./Div. | J | T | | | | | |
| 26. S & P MID CAP 400/IJK | A | Int./Div. | J | T | | | | | |
| 27. S & P 500 GROWTH/IVW | A | Int./Div. | J | T | | | | | |
| 28. MORNINGSTAR/JKK | A | Int./Div. | J | T | | | | | |
| 29. VANGUARD/VTV | A | Int./Div. | J | T | | | | | |
| 30. EUROZON ETF/EZU | A | Int./Div. | J | T | | | | | |
| 31. IEMG | A | Int./Div. | J | T | Buy | 7/20/17 | J | | |
| 32. ML▓▓▓▓▓ | | | M | T | | | | | |
| 33. -EWC | A | Int./Div. | J | T | | | | | |
| 34. -EWU | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAY, RAYMOND B. | 04/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -IVE | A | Int./Div. | J | T | | | | | |
| 36. -IWD | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 37. -IEF | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 38. -JKL | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 39. -JKK | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 40. -JKI | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 41. -IJK | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 42. -IVW | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 43. -IEMG | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 44. -DXJ | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 45. ECON | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 46. RPG | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 47. -EWL | A | Int./Div. | J | T | | | | | |
| 48. -EPP | A | Int./Div. | J | T | | | | | |
| 49. -VTV | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 50. -RPV | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 51. VUG | A | Int./Div. | | | Sold | 10/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAY, RAYMOND B. | 04/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HEDJ | A | Int./Div. | | | Sold | 10/24/17 | J | | |
| 53. XLY | A | Int./Div. | J | T | Buy | 10/24/17 | K | | |
| 54. ETF | A | Int./Div. | J | T | Buy | 10/24/17 | K | | |
| 55. XLF | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 56. VDC | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 57. VAW | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 58. VGT | A | Int./Div. | J | T | Buy | 10/24/17 | K | | |
| 59. VIS | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 60. FDN | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 61. SKYY | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 62. XLV | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 63. EWD | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 64. IBB | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 65. EWJ | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 66. XLRE | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |
| 67. XLE | A | Int./Div. | J | T | Buy | 10/24/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

EFFECTIVE JANUARY 1, 2017, WE TRANSFERRED MANAGEMENT OF OUR TWO IRA'S FROM MASS MUTUAL SERVICES TO MERRILL LYNCH.

TFR'S ACCOUNT (MML⬛⬛⬛) BECAME MERRILL LYNCH⬛⬛⬛). RAYMOND RAY'S ACCOUNT (⬛⬛⬛) BECAME MERRILL LYNCH⬛⬛⬛).

ALL OF THE INVESTMENT HOLDINGS REMAINED THE SAME.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RAYMOND B. RAY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544